■ CARL STEIGERWALD, Appellant, v DEAN WITTER REYNOLDS, INC., et al., Respondents. (Appeal No. 2.) — Appeal dismissed as moot. All concur, Cardamone, J., not participating. Same memorandum as in *Steigerwald v Dean Witter Reynolds*, 84 AD2d 905). (Appeal from order of Onondaga Supreme Court, Roy, J. — arbitration.) Present — Dillon, P. J., Cardamone, Callahan, Moule and Schnepp, JJ.